# Exhibit 2

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| SCOTT HARGIS, d/b/a SCOTT HARGIS PHOTO,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HOUSE SENIOR LIVING LLC and DOES 1 through 10,<br><br>Defendants. | Case No. 8:22-cv-01476-TPB-TGW<br>Honorable Thomas Barber<br>Mag. Judge Thomas Wilson |

**PLAINTIFF'S RULE 26 INITIAL DISCLOSURES**

Plaintiff reserves all rights to disclose and use in this litigation, including but not limited to trial, whatever additional evidence comes to his attention as discovery and investigation proceed. Plaintiff's investigation of the facts and circumstances surrounding this case is ongoing, and Plaintiff will supplement this disclosure as appropriate under the Federal Rules of Civil Procedure and the Local Rules of this Court.

## III. DAMAGES

Plaintiff seeks damages for Defendant's willful copyright infringement. Plaintiff may elect either statutory damages of up to $150,000 per act of infringement or actual damages and Defendant's profits, as well as attorneys' fees and costs. 17 U.S.C. §§ 504, 505. Plaintiff reserves the right to seek all relief detailed in its Complaint and any and all subsequent amendments thereto.

## IV. INSURANCE

Plaintiff is unaware of any relevant insurance policies as described in Rule 26(a)(1)(D).

Plaintiff's investigation of the facts and circumstances surrounding this action is ongoing, and Plaintiff may supplement this disclosure as appropriate under the Federal Rules of Civil Procedure and the Local Rules of this Court.

Dated: October 10, 2022 **ONE LLP**

By: *_/s/ Christopher S. Skinner_*
John Tehranian
Christopher S. Skinner

Attorneys for Plaintiff
Scott Hargis d/b/a Scott Hargis Photo