# Exhibit 3

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| SCOTT HARGIS, d/b/a SCOTT HARGIS PHOTO,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HOUSE SENIOR LIVING LLC and DOES 1 through 10,<br><br>Defendants. | Case No. 8:22-cv-01476-TPB-TGW<br>Honorable Thomas Barber<br>Mag. Judge Thomas Wilson |

**PLAINTIFF'S OBJECTIONS AND RESPONSES TO DEFENDANT'S INTERROGATORIES**



EXHIBIT
12
Scott Hargis
2/22/2023
Cheri Poplin, CSR, RPR, CRR

[redacted]

**INTERROGATORY NO. 12:**

Describe in detail the damages you suffered as a result of Defendant or one or more of its affiliates displaying the photos contained in Exhibit A to the Complaint on the website www.americanhouse.com.

**RESPONSE TO INTERROGATORY NO. 12:**

In addition to the foregoing General Objections, which are incorporated herein, Respondent objects to this Interrogatory on the grounds that the terms "damages," "affiliates," and "photos" are vague and ambiguous, as Propounding Party did not define the term in its Interrogatory.

Moreover, Respondent objects to this Interrogatory on the grounds that it is an improper attempt to force Plaintiff to marshal all its evidence before trial.

Respondent additionally objects to this Interrogatory to the extent that it calls for information protected by the attorney-client privilege and the attorney work-product privilege.

Subject to and without waiving the foregoing General and Specific Objections, Respondent answers as follows: Respondent is entitled to damages for Propounding Party's willful copyright infringement of up to $150,000 (22 photos x $150,000 = $3,300,000) per act of infringement or, at its election, actual damages and Propounding Party's profits, as well as attorneys' fees and costs. 17 U.S.C. §§ 504, 505. With respect to actual damages and Propounding Party's profits, by way of illustration alone, Respondent was deprived of the significant licensing fee he typically commands for the commercial use of his high-end professional photographs in similar contexts and, additionally, the actual benefit illicitly derived by Propounding Party from the use of the photograph here is weighty. For example, using an average monthly rent for a unit in American House's communities of just $3200/month and approximating the average stay as 22 months (based on industry data), for every resident American House acquires through use of the photographs, it realized about $70,400 in revenue. Extrapolating across the number of communities involved in the infringements at issue, the number of units in each, and the annual turnover rate, these revenues numbers add up very quickly to significant ill-gotten gains. In the world of real estate,

photographs are widely recognized as the single most impactful marketing material available (far outperforming text, video and other forms of marketing).

Discovery is ongoing, and Respondent is continuing to consider and analyze documents, things, evidence, and/or testimony that may be relevant to this case, and Respondent expressly reserves the right to amend, supplement, or otherwise modify its Response herein.

[redacted]

Dated: December 13, 2022

**ONE LLP**

By: *__/s/ Christopher S. Skinner____*
John Tehranian
Christopher S. Skinner

Attorneys for Plaintiff
Scott Hargis d/b/a Scott Hargis Photo

# VERIFICATION

I have read the foregoing **PLAINTIFF'S OBJECTIONS AND RESPONSES TO DEFENDANT'S INTERROGATORIES** and know its contents. I am the Plaintiff in this action. The matters stated in the foregoing document are true of my own knowledge, except as to those matters that are stated on information and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 13, 2022, at Oakland, California.

[signature]

Scott Hargis